# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00686-CR

**Alexander Pina, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. C-1-CR-07-214559
### HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING

**PER CURIAM**

### M E M O R A N D U M   O P I N I O N

Alexander Pina has filed a Motion to Abate Appeal and Remand for Determination of Indigence with Respect to Financial Assistance to Obtain Appellate Record. He asserts that, although he has retained counsel, he lacks sufficient resources to pay for the reporter's record. The reporter's record has not been filed. Apparently no request for a free record was filed previously, and no finding of indigency has been made. *See* Tex. R. App. P. 20.2.

To avoid further delays and protect the rights of the parties, the appeal is abated and the trial court is instructed to determine, following a hearing if necessary, whether appellant is unable to pay for the record and is entitled to have the record furnished without charge. *See generally* Tex. R. App. P. 20.2. To pursue his claim that he is unable to pay for the costs of appeal, appellant must file an affidavit of indigence with the trial court. *See id.*; *see also Higgins v. Randall County*

*Sheriff's Office*, 193 S.W.3d 898, 899 (Tex. 2006). If the court finds that appellant cannot pay or give security for the record, it shall order the preparation of the reporter's record at no cost to appellant. A supplemental clerk's record including copies of all findings, conclusions, orders and reporter's record of any hearing that is held, shall be tendered for filing in this Court no later than March 3, 2011.

Before Justices Puryear, Pemberton and Rose

Abated

Filed:   January 27, 2011

Do Not Publish